Charles **MEDINA**; **Moses Wallace**; **Ophero Jones**; **Renaldo Magbual**, Plaintiffs–Appellants,

v.

Ted **SAKAI**; **Wesley Mun**, Defendants–Appellees.

No. 00–17380.

D.C. No. CV–99–00876–SOM.

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 16, 2002.[*]

Decided Jan. 18, 2002.

Before GOODWIN, NOONAN, and TROTT, Circuit Judges.

### ORDER[**]

For the reasons given by the district court in its thorough Order dated Novem-

---

* The panel unanimously finds this case suitable for decision without oral argument. Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publi-

ber 1, 2000, Granting Defendants Ted Sakai and Wesley Mun's Motion for Summary Judgment, we affirm the decision of that court.

AFFIRMED.

cation and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.